DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RYAN SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1868

_____

February 20, 2026

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

   Affirmed.

LaROSE, KHOUZAM, and SLEET, JJ., Concur.


_____


Opinion subject to revision prior to official publication.